John F. Cella et al., Appellants, v. City of Chicago, Appellee.

Gen. No. 40,619.

Heard in second division, first district, at February term, 1939; opinion filed December 27, 1939. Aaron Soble and William Feldman, for appellants; Max Chill and Jerome S. Klein, of counsel; Barnet Hodes, Corporation Counsel, for appellee; Joseph F. Grossman, First Assistant Corporation Counsel, and J. Herzl Segal, Assistant Corporation Counsel, of counsel. Opinion by Justice Friend. "Not to be published in full."

In re Estate of Hattie C. Wilson, Deceased. Mary P. Kiser, Appellee, v. Frank G. Smith, Executor of Estate of Hattie C. Wilson, Deceased, Appellant.

Gen. No. 40,746.

Heard in second division, first district, at June term, 1939; opinion filed December 27, 1939. Brown, Brown, Cyrus & Greene, for appellant; Sydney P. Brown, of counsel; C. Helmer Johnson and Julius C. Matthison, for appellee; C. Helmer Johnson and J. F. Van Wakeman, of counsel. Opinion by Justice Friend. "Not to be published in full."